PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Andrew Oreckinto            Cr.: 21-00181-001
                                                                                                                    PACTS #: 3358703

Name of Judicial Officer:     THE HONORABLE JEFFREY A. MEYER
                                      UNITED STATES DISTRICT JUDGE (D/CT)
                                    (Jurisdiction transferred to the Hon. Michael A. Shipp on March 3, 2021)

Date of Original Sentence: 05/08/2017

Original Offense:     Count One: Theft from an Interstate Shipment, 18 U.S.C. § 659

Original Sentence: 48 months imprisonment, 3 years supervised release

Special Conditions: Restitution - $309,343.50, Financial Disclosure, No New Debt/Credit

Type of Supervision: Supervised Release                     Date Supervision Commenced: 02/13/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to Satisfy Financial Obligation |

U.S. Probation Officer Action:

Throughout Mr. Oreckinto's term of supervision, he has paid $7,780.09 towards his restitution. He was compliant with the modified court-ordered monthly minimum payment of $200. Mr. Oreckinto's term of supervision is due to expire on February 12, 2024, with an outstanding balance of $301,563.41. The Financial Litigation Unit of the United States Attorney's Office in the District of New Jersey was notified of the expiration of supervision. They have a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP).

As such, the Probation Office respectfully recommends the supervision term be permitted to expire as scheduled since the restitution order remains as a final judgment, pursuant to Title 18 U.S.C. §§ 3554 and 3613.

Prob 12A – page 2
Andrew Oreckinto

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ANTHONY M. STEVENS
Supervising U.S. Probation Officer

/kni

PREPARED BY:

_Kelsey Immendorf_   1/8/24

KELSEY N. IMMENDORF              Date
U.S. Probation Technician

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ Allow Supervision to Expire as Scheduled on February 12, 2024 (as recommended by the Probation Office)

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

January 8, 2024
Date